IN AND FOR THE MIDDLE DISTRICT COURT
FOR THE STATE OF ALABAMA

RECEIVED

ANGELA DENISE NAILS,    2007 OCT 19  A 10: 04

              Plaintiff, DEBRA P. HACKETT, CLK
                       U.S. DISTRICT COURT     Case No.
Vs.                  MIDDLE DISTRICT ALA
                                                2:07cv942- MEF

PAM DAUGHTRY,
TYWANNA DAUGHTRY,
        Defendant(s),

HARRASMENT

The plaintiff is suing both defendant(s) because of the harassment on Sept 24, 2007. The defendant Tywanna Daughtry who pulled a knife from under her shirt and verbally use abusive language and when the plaintiff was walking back to the plaintiff house the defendant Tywanna Daughtry walked up behind me until the plaintiff got to her door cursing and moving madly at the plaintiff. The other defendant Pam Daughtry she was bossy and angry toward the plaintiff while both defendant(s) were shoving at the plaintiff. Sept 13, 2007 the defendant Tywanna Daughtry again verbally use of curse language to the plaintiff while the plaintiff was about to leave out the front door to go to the plaintiff car. The plaintiff is suing each of the defendant(s) for $15,000.00 each. The mailing address for both defendant(s) 130 East Street #47 Carrollton, Alabama 35447.

_Angela Denise Nails_
ANGELA DENISE NAILS
PROSE ATTORNEY